IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| **DONNIE HAMPTON,** | ) |
| Petitioner, | ) |
| v. | ) |
| | ) 6:10-cv-1867-LSC-JEO |
| **FREDDIE BUTLER, warden, and** | ) |
| **the ATTORNEY GENERAL OF** | ) |
| **THE STATE OF ALABAMA,** | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

This case is before the court on the Magistrate Judge's Report and Recommendation (doc. 14), filed June 13, 2012. Objections to the Report and Recommendation were due by June 28, 2012. (Id. at 18). No objections have been filed. The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 14) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, this petition for writ of habeas corpus is due to be dismissed with prejudice. An appropriate order will be entered.

Done this 20th day of July 2012.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
167458